■ In the Matter of CURTIS SMITHSON, Petitioner, v BRUCE E. TOLBERT, as Justice of the Supreme Court of the State of New York, Respondent. [849 NYS2d 807]—Proceeding pursuant to CPLR article 78 in the nature of mandamus, inter alia, to compel the respondent Bruce E. Tolbert, a Justice of the Supreme Court, Westchester County, to enter a judgment of divorce in favor of the petitioner in an action entitled *Smithson v Smithson,* pending under Westchester County index No. 15317/05.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman,* 53 NY2d 12, 16 [1981]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Spolzino, J.P., Skelos, Florio and Angiolillo, JJ., concur.